

NUMBER 13-19-00281-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

### IN THE INTEREST OF A.G.W., A CHILD

**On appeal from the 438th District Court
of Bexar County, Texas.**

# MEMORANDUM OPINION
**Before Chief Justice Contreras and Justices Benavides and Longoria
Memorandum Opinion by Justice Benavides**

Appellant Jennifer Wallace perfected an appeal from an order in a suit modifying the parent-child relationship.[1]   On June 18, 2019, the Clerk of this Court notified appellant that the clerk's record in the above cause was originally due on June 10, 2019, and that the Deputy District Clerk, Krystal Gonzalez, had notified this Court that appellant failed to make arrangements for payment of the clerk's record.   The Clerk of this Court notified

---

[1] The appeal was transferred to this Court from the Fourth Court of Appeals by order of the Texas Supreme Court.   *See* TEX. GOV'T CODE ANN. § 22.220(a) (delineating the jurisdiction of appellate courts); *id.* § 73.001 (granting the supreme court the authority to transfer cases from one court of appeals to another at any time that there is "good cause" for the transfer).

appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3, 42.3(b),(c). Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be subject to dismissal for want of prosecution.

Appellant has failed to respond to this Court's notice. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See id.* R. 42.3(b), (c).

GINA M. BENAVIDES,
Justice

Delivered and filed the
25th day of July, 2019.